UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN BRAUNSTEIN,<br><br>Petitioner,<br>v.<br>JAMES DZURENDA, et al.,<br><br>Respondents. | Case No. 2:19-cv-01253-GMN-BNW<br><br>ORDER |

Petitioner Steven Braunstein has submitted a petition for a writ of habeas corpus (ECF No. 1-1). His application to proceed in forma pauperis is granted.

Petitioner has challenged the same amended judgment of conviction in at least four previous actions filed in this court: 3:11-cv-00587-LRH-WGC; 3:13-CV-00666-MMD-WGC; 2:14-cv-00853-JCM-VCF; 2:15-cv-00947-RFB-NJK. In the first action listed, this court dismissed the habeas petition because all of the claims were procedurally defaulted. The second, third, and fourth habeas petitions listed here were, therefore, second or successive habeas corpus petitions. *Henderson v. Lampert*, 396 F.3d 1049, 1053 (9th Cir. 2005). Petitioner was required to obtain authorization from the court of appeals before he could proceed with a second or successive petition. 28 U.S.C. § 2244(b)(3). This court dismissed both petitions because petitioner did not have such authorization. Petitioner again lacks such authorization here, and this petition shall also be dismissed with prejudice as second and successive.[1]

---

[1] Braunstein first filed this petition in the Ninth Circuit Court of Appeals (*see* ECF No. 1-2). That court transferred it here merely because on its face it is an original petition, which would have to be filed here.

1

Reasonable jurists would not find this conclusion to be debatable or wrong, and the court twill not issue a certificate of appealability.

**IT IS THEREFORE ORDERED** that petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall **DETACH** and **FILE** the petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the petition is **DISMISSED** with prejudice as a successive petition.

**IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel (ECF No. 3) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED: 6 August 2019.

_____
GLORIA M. NAVARRO, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

However, what Braunstein is required to do is not merely file a petition in the appeals court but seek authorization from the appeals court to file a second and successive petition in this court.